UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSEY DVORKIN,<br><br>    Plaintiff,<br><br>  v.<br><br>TEIXEIRA AND SONS, LLC, et al.,<br><br>    Defendants. | Case No. 1:22-cv-00393-JLT-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 24) |

On May 22, 2023, the parties filed a joint stipulation dismissing this action with prejudice and without an award of costs and attorneys' fees. (ECF No. 14). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **May 23, 2023**             /s/ Erica P. Grosjean
                                UNITED STATES MAGISTRATE JUDGE

1